# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5249**　　　　　　　　　　　**September Term, 2006**

06cv01478

**Filed On:**

Tyrone Hurt,
　　Appellant

v.

Richard M. Nixon, Former President,
　　Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED　OCT 3 0 2006

CLERK

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**　Ginsburg, Chief Judge, and Rogers and Kavanaugh, Circuit Judges

## JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed August 22, 2006, be affirmed. Dismissal with prejudice is justified when a district court determines that "'allegation of other facts consistent with the challenged pleading could not possibly cure the deficiency.'" Firestone v. Firestone, 76 F.3d 1205, 1209 (D.C. Cir. 1996) (quoting Jarrell v. United States Postal Serv., 753 F.2d 1088, 1091 (D.C. Cir. 1985) (other quotations omitted)). The district court properly dismissed appellant's complaint with prejudice where he could not possibly state a claim for damages resulting from his allegations concerning the late President Nixon.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

**MANDATE**

Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED: 12/29/06

BY: _____ Deputy Clerk

ATTACHED: ___ Amending Order
　　　　　　 ___ Opinion
　　　　　　 ___ Order on Costs